# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0604
LT Case No. 2019-CA-4360

_____

GABRIEL E. GORE,

    Appellant,

    v.

THE CAM TEAM INC., AVANTI
CONDOMINIUM ASSOCIATION,
INC., LM FUNDING, LLC, and
BUSINESS LAW GROUP, P.A.,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

John J. Spence, of Jack Spence Law, PLLC, Saint Augustine, for
Appellant.

Bruce B. Humphrey, of Birchfield & Humphrey, Ponte Vedra, for
Appellee The Cam Team, Inc.

Robert B. George, of The Liles Firm, P.A., Jacksonville, for
Appellee Avanti Condominium Association, Inc.,

No Appearance for Remaining Appellees.


June 4, 2024

PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____